### CIGGIO v. RODGERS & HAGERTY, Inc.

(Supreme Court, Appellate Term, First Department.  December 4, 1914.)

MASTER AND SERVANT (§ 265*)—INJURIES TO SERVANT—NEGLIGENCE—PROOF.
  Where, in an action for injuries to a servant, defendant's alleged negligence was not proved, but left entirely to conjecture, a judgment for plaintiff could not be sustained.

  [Ed. Note.—For other cases, see Master and Servant, Cent. Dig. §§ 877–908, 955; Dec. Dig. § 265.*]

Appeal from Municipal Court, Borough of The Bronx, Second District.

Action by Lorenzo Ciggio against Rodgers & Hagerty, Incorporated. From a Municipal Court judgment in favor of plaintiff, defendant appeals.  Reversed and dismissed.

Argued October term, 1914, before SEABURY, BIJUR, and COHALAN, JJ.

Frank Verner Johnson, of New York City (Oliver R. Brant, of New York City, of counsel), for appellant. .

C. Arthur Arnstein, of New York City, for respondent.

SEABURY, J.  This is an action to recover damages for personal injuries sustained through the alleged negligence of the defendant. The evidence is meager and insufficient to establish a cause of action. Plaintiff proved that he was directed by his "boss" to dump a box, and that while engaged in that act his finger was caught and injured.  The alleged negligence of the defendant seems to have been left entirely to conjecture;  certainly it was not proved.

Judgment reversed, and complaint dismissed, with costs in this court and in the court below.  All concur.